**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1051**

GEORGIA A. GREEN,

Plaintiff - Appellant,

v.

CHRISTOPHER MAROULES; CHRISTOPHER CAFE; CHRIS JENKINS,
Sheriff; HENRY CLAYTON KEEL, Sheriff; ALLEN SEYMOUR,
Sheriff; W.E. BILLY SMITH, Sheriff,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (4:04-cv-00111-H)

Submitted:  July 23, 2009          Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Georgia A. Green, Appellant Pro Se.   Dal Floyd Wooten, III,
Kinston, North Carolina; Kari Russwurm Johnson, CRANFILL, SUMNER
& HARTZOG, LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia A. Green appeals from the district court's orders denying relief on her 42 U.S.C. § 1983 (2006) complaint and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. Maroules, No. 4:04-cv-00111-H (E.D.N.C. June 4, 2007; Sept. 2, 2008, Oct. 31, 2008, Nov. 5, 2008, Dec. 1, 2008 & Jan. 5, 2009). We deny Green's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED